UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-22897-GAYLES/D'ANGELO

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Plaintiff,

v.

INTERNATIONAL YACHT
BROKER'S ASSOCATION INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Omnibus Report and Recommendation of Magistrate Judge Ellen F. D'Angelo (the "Report"). [ECF No. 57]. On September 30, 2024, Plaintiff filed a Motion for Summary Judgment ("Plaintiff's Motion"). [ECF No. 15]. On October 28, 2024, Defendant filed a Motion for Partial Summary Judgment ("Defendant's Motion"). [ECF No. 23]. On August 5, 2025, Judge D'Angelo issued her Report recommending that Plaintiff's Motion be granted and Defendant's Motion be denied. [ECF No. 57]. On August 19, 2025, Defendant timely objected to the Report. [ECF No. 58]. On August 28, 2025, Plaintiff filed a response to Defendant's objection. [ECF No. 60].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made

1

are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has conducted a *de novo* review of the record, including the Report, the Motions, Defendant's objection, and Plaintiff's response. The Court agrees with Judge D'Angelo's well-reasoned analysis and conclusion that Plaintiff's Motion should be granted and Defendant's Motion should be denied.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 57], is ADOPTED in full.

(2) Plaintiff's Motion for Summary Judgment, [ECF No. 15], is GRANTED.

(3) Defendant's Motion for Partial Summary Judgment, [ECF No. 23], is DENIED.

(4) This case is CLOSED.

(5) Pursuant to Fed. R. Civ. P. 58, final judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE